NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ETHAN ALLEN GLOBAL, INC. AND ETHAN ALLEN
OPERATIONS, INC.,
*Plaintiffs-Appellants,*

v.

UNITED STATES AND UNITED STATES CUSTOMS
AND BORDER PROTECTION,
*Defendants-Appellees,*

AND

INTERNATIONAL TRADE COMMISSION,
*Defendant-Appellee,*

AND

KINCAID FURNITURE CO., INC., L. & J.G.
STICKLEY, INC., SANDBERG FURNITURE
MANUFACTURING COMPANY, INC., STANLEY
FURNITURE COMPANY, INC., T. COPELAND AND
SONS, INC., AND VAUGHAN-BASSETT FURNITURE
COMPANY, INC.
*Defendants-Appellees.*

---

2012-1200

---

Appeal from the United States Court of International
Trade in case no. 08-CV-0302, Judge Timothy C. Stanceu.

---

## ON MOTION

---

Before DYK, *Circuit Judge.*

## ORDER

The United States and United States Customs and Border Protection (United States) move to exceed the word limitation and file a principal brief of no more than 15,500 words. The appellants take no position.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is denied.

(2) The United States' principal brief, not to exceed 14,000 words, is due within 14 days of filing of this order.

FOR THE COURT

SEP 2 8 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Joseph W. Dorn, Esq.
    Jeffrey S. Grimson, Esq.
    Patrick V. Gallagher, Esq.
    Jessica R. Toplin, Esq.
    Craig A. Lewis, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 8 2012

JAN HORBALY
CLERK